UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL GOZA,

    Plaintiff,

v.                                                                                  Case No. 17-cv-2873

MEMPHIS LIGHT, GAS AND WATER DIVISION,
a division of the City of Memphis, Tennessee,

    Defendant.

## DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES

COMES NOW Defendant Memphis Light, Gas and Water, by and through undersigned counsel, and pursuant to Rule 26(a)(3), Fed. R. Civ. P., hereby submits its pretrial disclosures.

**I.**     **Plaintiff anticipates calling the following witnesses at trial:**

**Will Call:**

1. Virginia Leonard;

2. Stacey Greenberg.

**May Call:**

3. Angela Hewlett;

4. Jerry Collins;

5. Von Goodloe;

6. Gale Jones Carson;

7. Christopher Bieber;

8. Richard Thompson;

9. Bill Hawkins
   Vice-President IBEW Local 1288
   (901) 870-3339;

10. Clint Richardson;

    11.    Michael Page;

    12.    Don Moore;

    13.    Michael Hill
               146 Bridgewood Drive
               Killen, AL 35645;

    14.    Keedran Franklin;

    15.    Sarah Orndorff;

    16.    Jose Salazar;

    17.    Any witness identified by the Plaintiff;

    18.    Any other individual necessary to authenticate documents or records;

    19.    Any witnesses listed by the parties or identified by parties in disclosures, discovery responses or pretrial order;

    20.    Defendant reserves the right to call additional witnesses for the purposes of impeachment and rebuttal.

**II.    Defendant may offer the deposition testimony of the following persons either in lieu of calling the individuals live at trial or if the witnesses do not appear in person:**

Bill Hawkins 65:15-66:13, 73:19-76:4, 85:20-22

**III.    Defendant will introduce the following exhibits at trial:**

    1.    Investigative File MLGW 00001-00018

    2.    Customer Service Technician III Job Description MLGW 00181

    3.    Vacancy Details Considered in Goza's Transfer MLGW 00892-00960

    4.    MLGW Anti-Harassment Policy MLGW 00409-412

    5.    MLGW Standards of Business Conduct MLGW 00413-00418

    6.    MLGW Labor Relations Bulletin #87 MLGW 00419

    7.    MLGW Labor Relations Bulletin #104 MLGW 00420

    8.    Customer Service Field Operations Handbook MLGW 00421-00513

9. Termination Letter MLGW 00514

10. E-mail Bill Hawkins to Virginia Leonard September 22, 2017 MLGW 00515

11. Orndorff Complaint- MLGW 00607-00614

12. Facebook Posts by Keedran Franklin MLGW001660-001661

13. Material Handler Job Description MLGW 00631

14. Charter of the City of Memphis § 699

**IV.  Defendant may introduce the following exhibits at trial:**

1. Memorandum of Understanding (2014-2018) MLGW 00536-00605

2. Interdepartmental Memorandum by Michael Page MLGW 00516

3. E-mail chain with Communications Department MLGW 01764-1770, 1835

4. E-mail chain Communications Department regarding first complaint on Goza MLGW 001973-001976

5. Facebook complaints against Goza received by Communications Department MLGW 002094-002098

6. "Corrections Officer relieved of duty over Social Media Posts," News story, August 24, 2017, MLGW 001817-001818

7. E-mail from Virginia Leonard- MLGW 001660

8. E-mail from Virginia Leonard MLGW 001985

9. E-mail chain regarding complaints against Goza from August 28, 2018 MLGW 001834-1835

10. Leonard E-mail regarding customer service departmental procedures MLGW 1843

11. Work Rules for Customer Service II and III MLGW 001858-001865

12. Excerpt from MLGW agreement with Tennessee Valley Authority MLGW 002020

13. Leonard E-mail chain with Bieber with names of complainants MLGW 002014-002016

14. E-mail chain regarding possible public statement August 28, 2017 MLGW 001853-001854

    15.    Chris Bieber's file on Goza MLGW 002067-002080

    16.    Goza's E-mail Communication with the League of the South LOS 0001-00027

    17.    Maps of Work Areas MLGW 002104-002119

    18.    Goza Grievances MLGW 002055-2056

    19.    E-mail between Michael Goza and Michael Hill- Plaintiff's Supplemental Disclosures 00033-34

    20.    Plaintiff's Answers to Defendant's First Set of Interrogatories

    21.    Plaintiff's Responses to Defendant's First Requests for Admission

    22.    Any and all documents identified by Plaintiff

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: /s/*Robert W. Ratton, III*
Robert W. Ratton, III (TN BPR#24669)
Jeff Weintraub (TN BPR#9686)
1715 Aaron Brenner Drive, Suite 312
Memphis, Tennessee 38120
(901) 526-0431 – telephone
(901) 526-8183 – facsimile
rratton@fisherphillips.com
jweintraub@fisherphillips.com

*Counsel for Defendant*

4

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notice of this filing to all parties of record.

*/s/Robert W. Ratton, III*