

-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Mon, Jun 6, 2016 7:00 pm
Subject: 13 Hours

http://www.rainiertamayo.com/movie/13-hours-the-secret-soldiers-of-benghazi-2016.html

# 13 Hours: The Secret Soldiers of Benghazi (2016) | Rainierland

www.rainiertamayo.com

As an American ambassador is killed during an attack at a U.S. compound in Libya, a security team struggles to make sense out of the chaos.

1

LOS000001



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Fri, Jun 8, 2018 6:58 pm
Subject: A Plea for Your Prayers

My dear friends and compatriots,

My deposition is this Monday. Please pray that God grants me wisdom and the Holy Spirit speaks through me in my behalf. We have truth on our side, but we have an enemy that wants to destroy us. I earnestly seek you prayers in our behalf.
May the Lord bless and protect you each.


Michael Goza and Family

1

LOS000002

-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Thu, May 18, 2017 11:45 am
Subject: Definition of Cultural Genocide

Here is Wikipedia's definition of "Cultural Genocide." I'll add what is taking place in this nation, Europe, and South Africa, is "White Cultural Genocide."

Will we continue to witness our own destruction without rising up and putting an end to it not only for ourselves, but for our children and grandchildren?

Wikipedia

In practice:

"It involves the eradication and destruction of cultural artifacts, such as books, artworks, and structures, and the suppression of cultural activities that do not conform to the destroyer's notion of what is appropriate. Motives may include religious ones (e.g., iconoclasm), as part of a campaign of ethnic cleansing in order to remove the evidence of a people from a specific locale or history, as part of an effort to implement a Year Zero, in which the past and its associated culture is deleted and history is "reset", the suppression of an indigenous culture by invaders and colonisers, along with many other potential reasons."

"From 2014 to 2015, in areas that it controls, the Islamic State of Iraq and the Levant (ISIL) has carried out a campaign of cultural cleansing, destroying artifacts[10] and historical sites in a campaign of iconoclasm waged against what it believes is idolatry.[11] Included in this campaign of destruction are Shi'ite Islamic sites, including shrines and mosques,[12] and artifacts that do not conform to ISIL's interpretation of Islam."

LOS000003



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
To: jmichhill <jmichhill@cs.com>
Sent: Thu, Aug 24, 2017 10:50 am
Subject: Fwd: Invoice from Memphicity Design

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: Memphicity Design <quickbooks@notification.intuit.com>
Date: 08/24/2017 10:38 AM (GMT-06:00)
To: ezekiel-33@live.com
Subject: Invoice from Memphicity Design



# Memphicity Design

| INVOICE | DUE DATE | BALANCE DUE | |
|---|---|---|---|
| 2272 | 08/24/2017 | $227.50 | View Invoice |

Dear Michael Goza,

Your invoice is attached, we appreciate your prompt payment.

Thank you for your business!
Memphicity Design
www.MemphisShirt.com

© Intuit, Inc. All rights reserved. Privacy | Security | Terms of Service

1



**Memphicity Design**
3579 Commerce Cir
Memphis, TN  38118 US
(901) 570-0269
alec@memphicitydesign.com
www.memphicitydesign.com

# INVOICE

**BILL TO**
Michael Goza

**INVOICE #** 2272
**DATE** 08/24/2017
**DUE DATE** 08/24/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Screen Printing**<br>Short sleeve tees - white print - front and back (S-XL) | 20 | 8.00 | 160.00 |
| **Screen Printing**<br>Short sleeve tees - white print - front and back (2XL) | 5 | 9.50 | 47.50 |
| **Screen Fee** | 1 | 20.00 | 20.00 |

BALANCE DUE **$227.50**

LOS000005



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Sat, Sep 23, 2017 11:22 am
Subject: Letter To MLGW from my Attorney

Letter to MLGW from my attorney. I have purposely left out names and phone numbers. MLGW has refused to back down. I officially refused their offer of a demotion yesterday, which is basically "Constructive Termination" knowing that I will not be able to survive on such a severe pay cut.

I am now without a job simply for the fact I showed up at a public park on my day off with no MLGW logos or mentioning to anyone my employer.  I committed no crimes or violations of policies.
This is the country in which we live today.


September 22, 2017

Memphis Light, Gas and Water Via E-Mail 220 South Main St. Memphis, TN 38103 Re: Michael Goza / MLGW Dear Ms. ......: Please be advised that Mr. Michael Goza has retained ........Law, PLLC regarding his potential case for retaliation in violation of the First Amendment of the U.S. Constitution and for discriminatory treatment on account of race in violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. All communications regarding this matter should be directed to my attention.

As you know, Mr. Goza is a long-term employee of MLGW who routinely has received praise for his work performance and has no record of any disciplinary actions against him in his nearly 32 years of service. Despite that record, MLGW has given Mr. Goza the choice between termination or accepting a position that requires a $70,000 pay cut. As justification for this termination, MLGW has claimed that Mr. Goza violated internal policies by making Facebook postings and by attending a demonstration—both while on his private time and not as a representative of MLGW.

It would appear that MLGW's decision to take disciplinary action against Mr. Goza as a result of speech and actions made during his time as a private citizen constitute a violation of the First Amendment, made actionable against MLGW pursuant to 42 U.S.C. § 1983. Additionally, a number of African-American employees have engaged in comparable and in some cases much worse conduct and have received either no discipline or less discipline.

For example, Gregory Carwell shot and killed a bystander in a bar parking lot and was charged with reckless homicide. He kept his job in Customer Service Field Operations, which is the same position Mr. Goza holds.

LOS000006

In another example, Deshun Stewart produced a Facebook live video while working in his company truck and made statements such as, "We gonna have to start killing these mother fuckers too" and "People gonna have to die behind this shit man…to let mother fuckers know this shit is real." My understanding is that Mr. Stewart suffered no discipline for this video and certainly was not terminated as you have threatened to do to Mr. Goza.

Mr. Goza will, of course, be pursuing a grievance with his union, but should you continue with your decision to force him to either accept a $70,000 demotion or be terminated, he will have no choice but to pursue this matter in litigation at the same time. My hope is that you will reconsider the path on which MLGW has embarked. If you wish to discuss this matter, please contact me at ......

LOS000007



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Thu, May 26, 2016 8:23 am
Subject: Memorial Day Message from Lee Goza

Everywhere we turn this weekend, we will see the banner of the empire. I am also very aware that many people, with the best of intentions, have sacrificed much for what they thought to be noble reasons. I appreciate those men and their willingness

But I cannot endorse the empire or it's banner. Our military is used primarily as the worlds policeman by socialists, and as enforcer for the banksters

I am saddened for all of those who have died for deceitful reasons

Ron Paul and others have rightly pointed out that the only legitimate reasons for war are to secure our borders and to defend the Bill of Rights

So, with that in mind, I cannot help but remember our ancestors who fought for their beliefs, their families, their homes, and their honor. The Second War for Independence was one of the only legitimate wars fought by this country, and even then only for the Confederacy

The southern soldier should be remembered for what they are: heroes

They were a generation that didn't just sit back and take it, but acted on their beliefs

I already celebrated Memorial Day last month

Have a great holiday

Lee Goza

LOS000008



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Sat, Sep 16, 2017 7:52 pm
Subject: Memphis Area League of the South Fundraiser for Goza Family

I'm sharing to make you aware of what the local chapter of the League of the South, of which Chris Shroader is the local chapter leader, is doing in our behalf to assist us in our battle with MLGW for the injustices they're committing against my family and I. I am thankful and humbled beyond words. I don't have words sufficient. This continues to show us that God's hand is in this battle in our behalf. I hate injustice and have always done whatever possible to fight it. Now, for the first time, I find my family and I in the cross hairs of these truly evil people. May God vindicate us.
Michael Goza


This will be an open to the public family friendly event. All proceeds will be going to Mike and his family. Mike is a warrior and has been a league member on and off since 2005. He was seen on camera defending our monuments by his employer and has been suspended without pay for over a month now. He has two small children and a wife that depend on him. We take care of our own. Please share.

***Edit to original post: details will be announced this week as far as what all will be there and what will be going on. Lots of good ideas in the works so stay tuned!

Sent from my Samsung Galaxy smartphone.

LOS000009



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Mon, Sep 18, 2017 2:33 pm
Subject: MLGW Response/Update 9/18/2017

Dear Friends,

I just got off the phone with Bill Hawkins, my Union Vice President, who informed me that MLGW refuses to budge. Either I accept the demotion, therefore admitting guilt, or I'm terminated. We all know the answer to that.
This will now have to be fought in Court.

Please pray for a good attorney to take our case and grant us victory over this injustice. In the meantime, we'll have to sell our home here asap and move to our place in middle Tennessee. This is devastating news, but it did not come as a surprise.

We have all the evidence necessary to show this not only unjust, but discrimination, a blatant violation of my First Amendment Rights, discipline taken against me without a policy violation, and based on perception which we have ample proof is false. This was all began by the local Memphis Chapter of Black Lives Matter. Their perception matters more to MLGW than truth.

I'm sorry to share bad news, but wanted to give you the latest update.
Please pray for my family. I'm still trusting in God there's a reason for this.

Michael Goza & Family

LOS000010



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Thu, Sep 14, 2017 1:25 pm
Subject: MOVING MONUMENTS

This was sent to me by a Southern Patriots and friend I've known since I was 12 years old. If my view, he makes some very good points. My response is below.
Michael Goza

Your thoughts?

To my Brothers and Sister of the Old Confederacy

I have, what I think are some very clear, common sense thoughts about Confederate Monuments....   Basically, We **should** move our Confederate Monuments particularly out of the places that they THE HATERS want them moved from... quickly, if not sooner.... The people of our country today, simply don't deserve them... we need to try and control where they go, with input... But we need to move them.

In light of what's happening in our country and the terrible and untrue things being said about The Confederacy and The Confederate Soldier lately, and the humiliating and disgraceful attacks on our sacred monuments, along with the publics poor understanding of history and historical fact, I have come realize that what I am seeing is the "Second Forced Surrender of the South", Only this time we have many boys still ready to stand and fight it.... but I say, lets walk away from it...

I have finally come to the realization that we are looking at this all wrong...VERY WRONG..  We are viewing the whole monument situation through the eyes and minds of our Grandparents....  This is flawed thinking and "our folly" and we are bringing great harm to our monuments to boot...  let me explain...  You see, when these monuments were placed, they were put there by intelligent, thoughtful people who understood the sacrifice made by these gallant men and women in their time. Though most of society at large or rather a large portion of society at the time the monuments were set in place, was not alive during the war, they could still appreciate the meaning in regards to the sacrifice of the older people because *they*, being a polite society of conscientious, thoughtful people themselves, understood the reason for the monuments being there, and they honored that.

1

LOS000011

These monuments were a coveted centerpiece to grateful cities all over the South and elswere...   These monuments were not gifts from an all loving and benevolent government, not at all, these beautiful works of art were financed and purchased in most all cases, with mere pocket change from individual people, not just from Southerners, but from people all over the country, school kids had penny drives to help, old Yankees donated, etc.... People who understood perfectly and without question, not only what the monuments stood for, but the relevance of that time period to our nations history, and the need to reconcile differences through mutual respect and acknowledgment of sacrifice for ones cause... though that cause may differ from your own. That speaks to a conscientious, respectful and a polite society, that has, above all things, RESPECT at its core.

In present times, that culture and frame of mind no longer exists in our country as a common characteristic....  It's as gone as the smoke from a civil war battlefield, it died with my grandparents. First and foremost, we live in a society with a failed school system. Our children can barely read and write, they no longer pray in school, nor salute the flag of their country, on the contrary, they are taught that the country is unfair and was unfair from the founding and that it "owes you". They are no longer taught citizenship. We are in a society where clear boundaries or norms of society are no longer clear or no longer exist to a large section of the country. We have men who act like women, women who act like men. Men trying to become women, women trying to become men.. Men marrying men and vice versa,  Blacks and whites and same sex coupled on TV commercials as though it is the norm. Open weirdness, young women covered in tattoos, debauchery, lewdness, hatefulness, self-hatred and hatred of your own race by whites to coddle blacks.. all of the craziness has become the accepted mainstream in our country, a trip to the grocery store is like a casting call for a Mad Max movie.. Decent people getting beaten for how they vote in an election or exercising their right to free speech.

So one must ask, how in the hell can you expect today's class of people to respect and have reverence for monuments of men who engaged in a war 150 years ago, when they don't even respect those soldiers presently engaged on a modern battlefield fighting for their rights today...  Sadly enough, anyone studying the facts must say, that those sweet old Victorian Gentleladies and beauties of 120 years ago, who set up committees to commission stonemasons, artists and foundries to move heaven and earth (Stone Mountain) to build and erect beautiful works of art to commemorate the valor, bravery and sacrifice of the Southern Soldier, have surely cast their pearls to the swine of 2017...

We now have brutes and thugs, who have no more understanding of their own country, than they do a rock on the surface of the moon, let alone a Confederate Soldier. They have absolutely no understanding of his bravery or his suffering and most importantly his motivation, nor do they care... These people collectively, have a onetrack mind. But out of their ignorance, comes the arrogance that allows these thugs to assign motivation to these soldiers and then, based on that skewed logic, attack the monuments and deface or in some instances destroy them..

Therefore, I say that we take the example of the wise and protective Ladies of the UDC of Kansas City and act upon it.. cut our losses and do what is incumbent upon us as Children of the Confederacy....  When you have a citizenry that is so woefully ignorant, and city governments so ready to appease the stupid that they simply don't care about their history or statues, they will not stand to protect them because they don't know to care, they are ignorant... even if they DO remain in their present locations, it will only serve to warrant their destruction, our nation has, in regards to its college kids, raised and nurtured a class of self-indulgent, wimpy, thugs and punks, that our grandparents would shrink from and consider mentally ill as well as criminal.. They do not understand nothing but their own misguided hate.. and the lies fed to them by the communist American left. Consider this fact, they already control the narrative, and now we are allowing them to define the motivations and actions of our men and women in Grey... why must we be so blindly proud as to allow them to destroy our monuments too.. especially when that is exactly what they are telling us that they are going to do, just read the news, they WILL destroy them if they can. Public opinion has swayed largely, not all are against us, but those that are, in their ignorance, they paint our brave boys as racist and Nazis...NAZIS..??  We can stop this.. and we damn well should..

It's time to Honor the memory of our Brave Confederate Dead by protecting their memory for future generations "who actually may care", and by keeping their monuments from harm... lets try to move them to places of safety as fast as possible. Even our Great Generals sometimes withdrew troops from the battlefield. That way, at least, we can control the environment and venue...  Sadly, the times have changed and no one cares anymore, but a few, nor do they

LOS000012

understand, municipalities will no longer protect them, so lets take our sacred monuments and love and care for them in private.. and we never surrender.

G. Schwend


Dear Gary,

Well written, and I cannot say I disagree with you. Cities that are majority black especially, have come to have such a hatred for our history, culture, and Christianity, will never cease in their attacks. Spineless politicians, black and white, will back down just to appease them.

There are still many cities, and States like Alabama for instance, who are passing legislation to protect our heritage, monuments, and flags. I salute them. Cities like Memphis on the other hand, which is a crime ridden racist cesspool of blacks and self hating whites, I agree with you. Move them somewhere safe. This city does not deserve them and their honor. This city will burn eventually anyway for it's become evil beyond imagination. A modern day Sodom and Gomorrah.

So Gary, I cannot disagree with your article here. It is, for many reasons, why we want out of this city. Perhaps this is God's way of doing that for us. We just have to trust in Him.

Where they're willing to be protected, keep them. Otherwise, tell those hate filled cities to go to hell and that we don't want our monuments to our gallant ancestors in their scum filled midst.

Michael

LOS000013



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Thu, Dec 14, 2017 11:46 am
Subject: News Report Goza vs. MLGW

http://www.localmemphis.com/news/local-news/mlgw-employee-loses-job-over-his-beliefs-about-confederate-statues/879455705Ne



## MLGW Employee Loses Job Over His Beliefs About Confederate Statues

A former MLGW worker learned the hard way standing up for your beliefs on your own time can get you fired. The meter reader attended a pro-statue rally this summer, and ended up losing his job. Now he's suing MLGW to get his job back.

www.localmemphis.com

LOS000014



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Thu, Sep 22, 2016 10:20 am
Subject: Security and Survival by Dr. Peter Hammond

**Excellent information by Christian Missionary and soldier, Dr. Peter Hammond.**

https://issuu.com/frontlinefellowship/docs/securityandsurvival?e=6875239%2F3779239

### Security and Survival

issuu.com

Security and Survival in Unstable Times

1



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
To: Alec Wilson <alec@memphisshirt.com>
Cc: jmichhill <jmichhill@cs.com>
Sent: Thu, Aug 24, 2017 10:47 am
Subject: Re: T-shirt Order

Yes.
Thank you Alex. I'll forward this to Michael and confirm the order.
Michael

---

**From:** Alec Wilson <alec@memphisshirt.com>
**Sent:** Thursday, August 24, 2017 8:37 AM
**To:** Michael Goza
**Subject:** Re: T-shirt Order

These here?

$8.00 per

$20 set up fee

2X is + $1.50

LOS000016



Thank you,

Alec Wilson
901-570-0269
www.memphicitydesign.com

## Memphis T-shirts Screen Printing Graphic Design

www.memphicitydesign.com

All of your print and design needs. Memphis screen printing. Cool T-shirts. Logos, Business Cards, Flyers, Vehicle Magnets and more. Memphis T shirts

ALL YOUR PRINT & DESIGN NEEDS!

LOS000017

Banners • Brochures • Business Cards • Catalogs
CD Inserts • Direct Mailing • Door Hangers • Envelopes
Labels • Letterhead • Logo Design • NCR Forms
Note Pads • Post Cards • Posters • Presentation Folders
Signs • Stickers • T -Shirts • Vehicle Magnets
Wedding Invitations • Window Clings
NEED SOMETHING ELSE? JUST ASK

**SCREEN PRINTING POLICIES:** 50% Deposit is due before beginning any order. The balance is due on completion, and the order will not be released unless the invoice is paid in full. Screens will be saved for 2 days at which time re-orders can be made. After the 2 days re-orders will have to meet the minimum order and incur a new screen fee. We ask for 5 business days turnaround time (although most jobs take less) If you need your order rushed please let us know in advance (rush fee may apply and all rush orders must be paid in full prior to printing) Clients will be supplied a proof/mock up of their job and by making your deposit, the client agrees to these terms and that the proof supplied to them is approved for print. **PLEASE DOUBLE CHECK ALL ASPECTS OF YOUR ART BEFORE APPROVING, THIS INCLUDES SPELLING AND/OR PHONE NUMBERS. Once an order has been approved, Memphicity Design IS NOT liable for any errors. Once an order has begun production it can NOT be cancelled.**

On Aug 24, 2017, at 10:06 AM, Michael Goza <ezekiel-33@live.com> wrote:

Alec,

Michael Hill needs another T-shirt order with the same logo's as before. Previous logo's are below. He needs the following sizes:

Could you place another t-shirt order for us? The same design as last time with these sizes and quantities:

Women's medium 3
Women's large 5
Women's XL 4

Men's large 3
Men's XL 5
Men's XXL 5

Total: 25

Could you give him a price for the order which I will forward to him?
Thank you as always,
Michael Goza

---

**From:** Michael Goza <ezekiel-33@live.com>
**Sent:** Friday, July 3, 2015 2:43 PM
**To:** Alec Wilson
**Subject:** Tshirts

Alec,

What would be the cost for black t-shirts with a large logo (with wording) on the back and a small black cross, without words, on the front pocket?

LOS000018

<LS-button-image-July-2014.jpg>

4

LOS000019



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
To: Alec Wilson <alec@memphisshirt.com>
Cc: jmichhill <jmichhill@cs.com>
Sent: Tue, Sep 5, 2017 6:45 pm
Subject: Re: T-shirt Order

Alec,
Can you mail these directly to Michael Hill. I'm am overwhelmed in a legal and employment battle at the time.
Michael

---

**From:** Alec Wilson <alec@memphisshirt.com>
**Sent:** Thursday, August 24, 2017 8:37 AM
**To:** Michael Goza
**Subject:** Re: T-shirt Order

These here?

$8.00 per

$20 set up fee

2X is + $1.50

1

LOS000020



Thank you,

Alec Wilson
901-570-0269
www.memphicitydesign.com

## Memphis T-shirts Screen Printing Graphic Design

www.memphicitydesign.com

All of your print and design needs. Memphis screen printing. Cool T-shirts. Logos, Business Cards, Flyers, Vehicle Magnets and more. Memphis T shirts

ALL YOUR PRINT & DESIGN NEEDS!

LOS000021

Banners • Brochures • Business Cards • Catalogs
CD Inserts • Direct Mailing • Door Hangers • Envelopes
Labels • Letterhead • Logo Design • NCR Forms
Note Pads • Post Cards • Posters • Presentation Folders
Signs • Stickers • T -Shirts • Vehicle Magnets
Wedding Invitations • Window Clings
NEED SOMETHING ELSE? JUST ASK

**SCREEN PRINTING POLICIES:** 50% Deposit is due before beginning any order. The balance is due on completion, and the order will not be released unless the invoice is paid in full. Screens will be saved for 2 days at which time re-orders can be made. After the 2 days re-orders will have to meet the minimum order and incur a new screen fee. We ask for 5 business days turnaround time (although most jobs take less) If you need your order rushed please let us know in advance (rush fee may apply and all rush orders must be paid in full prior to printing) Clients will be supplied a proof/mock up of their job and by making your deposit, the client agrees to these terms and that the proof supplied to them is approved for print. **PLEASE DOUBLE CHECK ALL ASPECTS OF YOUR ART BEFORE APPROVING, THIS INCLUDES SPELLING AND/OR PHONE NUMBERS. Once an order has been approved, Memphicity Design IS NOT liable for any errors. Once an order has begun production it can NOT be cancelled.**

On Aug 24, 2017, at 10:06 AM, Michael Goza <ezekiel-33@live.com> wrote:

Alec,

Michael Hill needs another T-shirt order with the same logo's as before. Previous logo's are below. He needs the following sizes:

Could you place another t-shirt order for us? The same design as last time with these sizes and quantities:

Women's medium 3
Women's large 5
Women's XL 4

Men's large 3
Men's XL 5
Men's XXL 5

Total: 25

Could you give him a price for the order which I will forward to him?
Thank you as always,
Michael Goza

---

**From:** Michael Goza <ezekiel-33@live.com>
**Sent:** Friday, July 3, 2015 2:43 PM
**To:** Alec Wilson
**Subject:** Tshirts

Alec,

What would be the cost for black t-shirts with a large logo (with wording) on the back and a small black cross, without words, on the front pocket?

LOS000022

<LS-button-image-July-2014.jpg>

4

LOS000023



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Thu, Sep 21, 2017 1:47 pm
Subject: Update MLGW/Goza

Dear friends and compatriots,

I'm meeting tomorrow with the Union and the Company. It's either demotion or termination. Both are actually termination because the demotion is considered "Constructive Termimation" knowing I cannot survive on a 70K paycut.

It's taken MLGW a month and three days to find something to use against me. It's laughable really. They're using our "Customer Service Handbook" saying I violated a policy in that handbook in my duty as a Customer Service Field Operations Representative. These rules do not apply to my time away from work. I was not at work while attending Jeff Davis Park. I was on my off day, wearing no company logo, and told no one the name of my employer. The vice president of the Union called me two days ago and said the Union attorney looked at this and said it was "total B.S. what the company was doing to me," but refuses to represent me for fear of being considered at "racist."

I've been paying Union dues for 32 years and now that I need them, they run for cover. That is a breach of contract. It's about right vs wrong, not perception. That is another lawsuit according to an attorney I just talked with via phone.

My friends, our government is now pushing to make anything someone considers offensive either on the internet or otherwise, as "hate speech." Much like "hate crimes."

We now live in Bolshevik America and it's only going to get worse,

Just wanted to give you and update. This is how I'm repaid for 32 years of service to this company.

Now I must fight this out in Court.

May God Vindicate us!
The Goza Family

LOS000024



-----Original Message-----
From: Michael Goza <ezekiel-33@live.com>
Sent: Fri, Sep 22, 2017 2:10 pm
Subject: Wanted to Share Good News

Dear Friends,

I just met an hour ago at the Waffle House on Germantown Rd. a black co-worker and friend. He called and wanted to meet me for coffee which we have done routinely through the years.

After having coffee, he put an envelope in my hands, which I just put in my pocket. We talked for awhile and then he received an emergency call and had to leave, so I left as well.

I got into my truck and opened the envelope and he donated a $1000 cash to our legal defense fund. I was in tears at such generosity. I just received earlier this week $500 from my workout partner who is black. I shared this with my Union, for if I'm such this racist that the company is trying to make me out to be, why would I get such support from black friends who know me?

I know God has this and will grant us victory.

Blessings to you each my dear friends and compatriots. Your support and prayers through this have literally overwhelmed us.
Michael, Robin, Emma, & Ava Goza

LOS000025

Dear Sir/Madam: Following is information requested by the subpoena received on 6/18/18 regarding 17-CV-2873, Attachment A:

1.

a. Michael Goza was first a member of The League of the South (LS) from July 2004 through July 2005. He rejoined in July 2013 and remained a member until he resigned in September 2017 (despite having been paid up until 7/31/18).  There is no extant application for membership, as those are destroyed upon receipt by the LS office for security reasons.

b. Any LS membership card would be the possession of Mr. Goza, and presumably would be in his possession. We have no such article.

c. Upon joining the LS, Mr. Goza (as with all members) agreed to uphold and support the following Statement of Purpose: "I will seek to advance the cultural, social, political, and economic well-being and independence of the Southern people by all honorable means."

d. To my knowledge, Mr. Goza never held any sort of leadership position in the LS on the state or national level. I do not think he held any sort of local position either.

e. To my knowledge, Mr. Goza never made any presentations at any LS meetings or events.

f. To my knowledge, Mr. Goza never had any articles published in any LS publications.

g. To my knowledge, Mr. Goza never made any blog entries on the LS website.

h. To my knowledge, Mr. Goza never attended a national or Tennessee State annual meeting of the LS. I have no idea what sort of meetings he might have attended on the local level, as I am not privy to such information in the national LS office.

i. Emails between Michael Goza and Michael Hill/LS have been forwarded via email to <rrratton@fisherphillips.com>. To my knowledge, there exists no other written communications between us and Michael Goza relating to the cessation of his employment with Memphis Light Gas and Water.

j. Emails between Michael Goza and Michael Hill/LS regarding his membership in the LS have been sent to the email address noted in section i above.

k. Any photographs of Michael Goza would have been posted on the LS Facebook accounts, which were permanently banned in August 2017. Therefore, neither Michael Hill nor the LS now has access to the information, including any possible photos of Michael Goza, that might have appeared therein.

l. Other than one email denoting a $10 donation to the LS via PayPal, we have no extant invoices or other documents memorializing financial contributions made by Michael Goza to The LS. His membership dues, for which we keep no permanent written records, were $50 per year. Any written invoices noting receipt of such dues from us would be in his possession.

m. To my knowledge, Michael Goza had no contact with nor played any part in any activities of the Southern Defense Force, The Indomitables, or any other group or sub-group related to the LS.

LOS000026

2. See above, 1. section I

3. The Southern Defense Force (SDF) is a group which undertakes to train our members in various legal methods of self defense; as such, it does not meet the definition of a "para-military organization" or a "militia." The Indomitables is an informal nickname given to those who regularly participate in our public demonstrations. Michael Goza was, to my knowledge, never associated with either the SDF or The Indomitables.

Sincerely,

Michael Hill
President. The League of the South

PS If more information is located, it will be transmitted to you via email.

LOS000027