IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL GOZA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-2873-JPM-dkv ) ) |
| MEMPHIS LIGHT, GAS AND WATER DIVISION, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a nonjury trial from February 25, 2019 to February 27, 2019 (ECF Nos. 99-101), the Court having entered an Order and Opinion finding for the Plaintiff (ECF No. 122), and the parties having filed a Stipulation on Additional Backpay and Prejudgment Interest (ECF No. 125),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order and Opinion, a Judgment is entered in favor of Plaintiff Michael Goza and against Defendant Memphis Light, Gas, and Water Division in the amount of:

> $160,881.51 in backpay, $26,853.71 in lost benefits, and $30,000 in compensatory damages, for a sum total of $217,735.22 in damages; and

> $5,666.01 in prejudgment interest.

**IT IS FURTHER ORDERED** that Defendant reinstate Plaintiff as a Customer Service Tech III.

**APPROVED:**

/s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 24, 2019
Date