## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**MICHAEL GOZA,**

    **Plaintiff,**

**v.**                                **CIVIL ACTION NO.: 17-CV-2873 JPM/dkv**

**MEMPHIS LIGHT GAS AND WATER DIVISION,**
A division of the City of Memphis, Tennessee,

    **Defendant.**

___

### DEFENDANT'S NOTICE OF APPEAL
___

Notice is hereby given that Defendant Memphis Light Gas & Water Division appeals to the United States Court of Appeals for the Sixth Circuit:

- Order Denying Defendant's Motion for Default Judgment [ECF ID 90], entered December 11, 2018;
- Order Granting Plaintiff's Motion to Strike [ECF ID 91], entered on December 21, 2018; and
- Judgment [ECF ID 126], entered June 24, 2019.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: */s/ Jeff Weintraub*_____
  Jeff Weintraub (TN BPR #009686)
  Courtney Leyes (TN BPR #034012)
  1715 Aaron Brenner Drive, Ste 312
  Memphis, Tennessee 38120
  (901) 526-0431 – telephone
  (901) 526-8183 – facsimile
  jweintraub@fisherphillips.com
  cleyes@fisherphillips.com

*Attorneys for Defendant,*
*Memphis Light Gas & Water*

**CERTIFICATE OF SERVICE**

I, Jeff Weintraub, do hereby certify that on this 23rd day of July, 2019, I filed the foregoing with the Clerk of Court utilizing the ECF-System, which sent a copy of same to the following:

Bryce W. Ashby<br>
Donald Donati<br>
Donati Law, PLLC<br>
1545 Union Avenue<br>
Memphis, Tennessee  38104<br>
Telephone:  901-278-1004<br>
Fax:  901-278-3111<br>
bryce@donatilaw.com<br>
don@donatilaw.com

*/s/ Jeff Weintraub*_____
Jeff Weintraub