# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL GOZA, | ) |
| Plaintiff, | ) ) |
| | ) Case No. 2:17-cv-2873-JPM-dkv |
| v. | ) ) |
| MEMPHIS LIGHT, GAS, AND WATER DIVISION, a division of the City of Memphis, Tennessee, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Diane K. Vescovo on October 8, 2019. (ECF No. 156.) In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's July 18, 2019 Motion for Award of Attorney's Fees and Costs (ECF No. 132) be granted in part and that the Court award Plaintiff "$256,067.50 in reasonable attorney's fees and $10,692.88 in costs." (ECF No. 158 at PageID 3562.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Neither the Plaintiff nor Defendant Memphis Light, Gas and Water Division has filed any objections to the Report and Recommendation, and the time for filing objections expired on October 22, 2019. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Attorney's Fees and Costs is GRANTED in part. Plaintiff Goza is hereby awarded $256,067.50 in attorney's fees and $10,692.88 for costs, for a total award of $266,760.38.

**SO ORDERED**, this 7th day of November, 2019.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE